371 A.2d 514
Commonwealth ex rel. Kelinson, Appellant,
v. Pearlman.

Argued September 15, 1976. Saul Doner, with him Anne M. Dixon, for appellant; Donald J. Klein, and Klein, Blumstein, Vanore & Block, submitted a brief for appellee.

Order affirmed.